UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LEANNE BAXTER,

                PLAINTIFF,         CASE NO. Case No. 1:24-cv-06241-DLC

      -against-

SWIFTSHIFT INC., and
GUY KATSAV, in his individual and
professional capacities,

                DEFENDANTS.
---------------------------------------------------------X

## ~~PROPOSED~~ REVISED SCHEDULING ORDER

Pursuant to Plaintiff's application for an adjournment of the remaining dates defined in the Court's Order, dated January 15, 2025, regarding Defendants' Motion to Dismiss, the following adjustments are made:

- Plaintiff's Amended Complaint or Opposition to Defendants' Motion to Dismiss, which is currently due on February 7, 2025, is adjourned to February 14, 2025;

- Defendants' reply, which is currently due on February 21, 2025, is adjourned to February 28, 205; and,

- Plaintiff's letter regarding the basis for the Court's diversity jurisdiction, which is currently due on February 7, 2025, is adjourned to February 14, 2025.

SO ORDERED.

Dated: _February 4_, 2025

_____
The Honorable Denise Cote
United States District Court Judge