```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEANNE BAXTER,                           :
                                         :
                      Plaintiff,         :      24cv6241(DLC)
                                         :
              -v-                        :      ORDER
                                         :
SWIFTSHIFT INC., et al.,                 :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 15, 2025, the defendants filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P., and to strike certain allegations pursuant to Rule 12(f), Fed. R. Civ. P. An Order of January 15 directed the plaintiff to file any amended complaint by February 7 and alerted the plaintiff that she would likely not have another opportunity to amend. An Order of February 4 extended the plaintiff's deadline to February 14. The plaintiff filed an amended complaint on February 14, 2025. Accordingly, it is hereby

ORDERED that the defendants' January 15, 2025 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **February 28, 2025**
- Opposition served by **March 14, 2025**

- Reply served by **March 21, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
February 14, 2025

                                                      _____
                                                      DENISE COTE
                                          United States District Judge

2