LAW OFFICE OF DANIELA NANAU, P.C.

June 13, 2025

*By ECF*

*The conference is adjourned to 7/18 at 11:00 am. /Denise Cote/ 6/17/25*

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Baxter v. Swiftshift Inc. et al.,* Case No. 1:24-cv-06241-DLC
       **Letter Motion Seeking Adjournment of Initial Conference**

Dear Judge Cote:

I represent Plaintiff Leanne Baxter in the above-referenced matter, and write to request an adjournment of the Initial Conference currently scheduled for June 24, 2025 at 11 a.m. *See* Docket No. 43.

The reason for the requested adjournment is that undersigned counsel is set to begin a trial in the matter of *Braswell v. White Eagle Jersey City LLC et al.,* Docket No. HUD-L-571-22 in New Jersey state court on Monday, June 16, 2025 and the trial is supposed to last into the week of June 30, 2025 and could extend to the next week because of the July Fourth holiday.

For this reason, Plaintiff respectfully requests an adjournment date set during the week of July 14, 2025 or thereafter when it is convenient for the Court. Plaintiff's counsel has conferred with the attorneys for Defendants and they do not object to this request for adjournment.

We very much appreciate the Court's time and attention to this matter.

Respectfully submitted,

DANIELA NANAU

cc: Defendants' counsel by ECF

89-03 Rutledge Avenue, Glendale, NY 11385-7935 • Tel: (888) 404-4975 • Fax: (718) 998-6916
DN@DANIELANANAU.COM • WWW.DANIELANANAU.COM