```
UNITED STATES DISTRICT COURT 3430
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LEANNE BAXTER,                           :
                                         :
                         Plaintiff,      :    24cv6241 (DLC)
              -v-                        :
                                         :        ORDER
SWIFTSHIFT INC., et al.,                 :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the initial pretrial conference scheduled for September 26, 2025 is adjourned to **October 9, 2025 at 11:00 A.M.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         August 14, 2025

_____<br>
DENISE COTE<br>
United States District Judge