*[Handwritten note from judge:]* The conference is adjourned to 11/14/25 at 10:30 am. There shall be no further adjournment. /s/ Denise Cote 10/1/25

HEATHER GRIFFIN
HGRIFFIN@GRSM.COM

TALYSIA FRANCIS
TFRANCIS@GRSM.COM

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 1, 2025

**VIA ECF**

The Honorable Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re:   *Leanne Baxter v. SwiftShift, Inc.*
            **Case Number 1:24-cv-06241-DLC-GS**

Dear Judge Cote:

    We represent Defendant SwiftShift Inc. in the above-referenced matter. We write on behalf of all parties to respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for October 9, 2025. The parties jointly request that the conference be rescheduled to November 10, 2025, or a date thereafter convenient for the Court.

    The parties have exchanged pre-mediation discovery and participated in a productive mediation conference on September 29, 2025. The parties have agreed to participate in a second mediation conference, which is expected to take place no later than November 7, 2025. The parties are optimistic that the second mediation will result in a settlement in principle and are therefore seeking an adjournment of the October 9 conference to promote efficiency and to conserve judicial resources.

    This is the parties' first request for an adjournment of the Initial Pretrial Conference. As no other dates have been set in this matter, the requested adjournment will not impact any other scheduled dates or deadlines.

    We thank the Court for its consideration of this request.

                                           Respectfully submitted,

Sincerely,

*Heather Griffin*

Heather Griffin, Esq.
Talysia Francis, Esq.

cc:   All Counsel of Record (*via* ECF)